# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                      NO. 4:04CR00044-002 SWW

IVOR SHAWN GORDON

## ORDER

The above entitled cause came on for hearing on government's petition [doc #128] to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of NINE (9) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant participate in a non-residential substance abuse program; and that defendant be incarcerated at the facility located in Texarkana, Texas.

There will be **no** supervised release to follow.

The special assessment in the amount of $100.00 is mandatory and is payable to the U. S. District Court, Eastern District of Arkansas, during incarceration. During incarceration, the defendant will pay 50% per month of all funds that are available to him.

The defendant is remanded to custody to begin the service of the sentence imposed.

IT IS SO ORDERED this 22nd day of July 2010.

/s/Susan Webber Wright

United States District Judge